The People of the State of Illinois, defendant in error, v. Frank Durczak, plaintiff in error. Gen. No. 35,016.

Opinion filed January 20, 1932.

Joseph Lustfield, for plaintiff in error; Ode L. Rankin, of counsel. John A. Swanson, State's Attorney, for defendant in error; Walker Butler, Assistant State's Attorney, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.